**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| VERNON M. CHESTANG, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION NO. 05-00587-KD-B |
| JERRY FERRELL, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that petitioner's petition for habeas corpus relief is hereby DENIED.

DONE this the 18th day of January 2008.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED  STATES  DISTRICT  COURT**